**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

-v-  **CASE NO. 6:09-CR-60-ORL-35DAB**

**NEVILLE TAYLOR**

_____

**ORDER**

This case having been considered by the Court on the Report and Recommendation Concerning Plea of Guilty (Doc. No. 26 , filed May 11, 2009) and no objection thereto having been filed, it is **ORDERED**:

1. The Report and Recommendation of the United States Magistrate Judge (Doc. No. 26) is **ACCEPTED, AFFIRMED AND ADOPTED**.

2. Defendant Neville Taylor has entered a plea of guilty to Count One of the Indictment knowingly, intelligently and voluntarily. Such plea is accepted, and Defendant is adjudicated guilty of Count One of the Indictment.

**DONE AND ORDERED** at Orlando, Florida, this 29th day of May, 2009.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to:
Assistant United States Attorney
Attorney for Defendant
United States Marshal
United States Probation
United States Pretrial Services